IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00827-PAB

ACT FOR HEALTH, d/b/a Professional Case Management,

    Petitioner,

v.

UNITED STATES DEPARTMENT OF LABOR,
ALEXANDER ACOSTA, in his official capacity as Secretary of the U.S. Department of Labor,
OFFICE OF WORKERS' COMPENSATION PROGRAMS, and
JULIA HEARTHWAY, in her official capacity as Director of the Office of Workers' Compensation Programs,

    Respondents.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on petitioner's Motion for Preliminary Injunction [Docket No. 2]. It is

    **ORDERED** that a two-hour hearing on petitioner's Motion for Preliminary Injunction [Docket No. 2] is set for Thursday, April 4, 2019 at 2:00 p.m. in Courtroom A701 before Chief Judge Philip A. Brimmer. Each side will have 45 minutes total to conduct its direct and cross examinations. It is further

    **ORDERED** that, on or before Thursday, March 28, 2019, petitioner shall file a witness list, using the form found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonPhilipABrimmer.aspx, indicating the witnesses it intends to call at the preliminary injunction hearing. On or before Tuesday, April 2, 2019, respondents shall file their witness list.

    **ORDERED** that, on or before Tuesday, April 2, 2019, the parties shall file their exhibit lists on CM/ECF, shall exchange any exhibits they intend to admit, and shall send an electronic copy of the exhibits to chambers. It is further

    **ORDERED** that respondents shall file their response to petitioner's motion by noon on Tuesday, April 2, 2019.

    DATED March 25, 2019.