IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 1:19-cv-00827-PAB           Date: 3/28/2019

Case Title:

ACT FOR HEALTH, d/b/a PROFESSIONAL CASE MANAGEMENT, Petitioner,

v.

UNITED STATES DEPARTMENT OF LABOR; ALEXANDER ACOSTA, in his official capacity as Secretary of the U.S. Department of the Labor; OFFICE OF WORKERS' COMPENSATION PROGRAMS; and Julia Hearthway, in her official capacity as Director of the Office of Workers' Compensation Programs, Respondents.

_____

PETITIONER'S WITNESS LIST

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| Greg Austin, <u>President of Professional Case Management</u> | 4/4/19, 30-45 minutes |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted,

Mark B. Wiletsky
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 473-2864
mbwiletsky@hollandhart.com

 */s/ Kristina (Tina) Van Bockern*
Kristina (Tina) R. Van Bockern
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8107
trvanbockern@hollandhart.com

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, I electronically filed the foregoing document, Petitioner's Witness List, with the clerk of the court for the United States District Court for the District of Colorado using the CM/ECF system.

                                                */s/ Kristina (Tina) Van Bockern*
                                                Kristina (Tina) R. Van Bockern
                                                **ATTORNEYS FOR PETITIONER**

12225898_1